**Dismissed and Opinion Filed December 18, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00649-CV

## IN THE INTEREST OF G.A.W., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51427-2017**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

By postcard dated November 12, 2020, we cautioned appellant, whose brief was overdue, that failure to file her brief within ten days would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b)–(c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

200649F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF G.A.W., A CHILD

No. 05-20-00649-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas Trial Court Cause No. 470-51427-2017.
Opinion delivered by Justice Carlyle, Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 18th day of December, 2020.